# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2019

*The Court of Appeals hereby passes the following order*

**A19D0498. FORSYTH COUNTY, GEORGIA, A POLITICAL SUBDIVISION OF THE STATE OF GEORGIA, et al. v. MOMMIES PROPERTIES, LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18CV1197



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 26, 2019.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*